# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| United States of America | ) | Case No: <u>4:05-cr-21-001 (TLW)</u> |
| | ) | USM No: <u>56587-019</u> |
| -versus- | ) | <u>Pro se</u> |
| | ) | Defendant's Attorney |
| Elden Pierre Hannah | ) | |
| | ) | |
| Date of Previous Judgment: <u>November 18, 2008</u> | ) | |
| *(Use Date of Last Amended Judgment if Applicable)* | ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ <u>the defendant</u>  ☐  the Director of the Bureau of Prisons ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is **DENIED (Doc. # 160).**   This case does not qualify because no crack cocaine was involved in the guideline calculations.

**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date:    <u>May 17, 2012</u> | s/ Terry L. Wooten |
| | *Judge's signature* |
| Effective Date: | Terry L. Wooten, United States District Judge |
| *(if different from above)* | |