UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ELDEN PIERRE HANNAH | Case No. 4:05-cr-00021-TLW<br><br>**Order** |

This matter is before the Court on Defendant Elden Pierre Hannah's motion for early termination of supervised release. After careful consideration, the Court denies the motion.

Hannah pled guilty to charges of trafficking in counterfeit goods, in violation of 18 U.S.C. § 2320(a), and conspiracy to distribute five kilograms or more of cocaine and 50 grams or more of cocaine base in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846. On November 18, 2008, the Court departed downward from the Guidelines based on the Government's motion, imposing a sentence of one hundred sixty-eight (168) months of imprisonment and ten (10) years of supervised release. ECF No. 124. On March 10, 2017, Hannah began his term of supervised release. His probation term is scheduled to expire on or about March 10, 2027.

A district court may terminate a defendant's term of probation if, in the case of a felony, the defendant has completed at least one year of probation and, after considering the § 3553(a) factors, the court "is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3564(c). Hannah's Motion for Early Termination states that he obtained both his GED and bachelor's degree in theology while in prison and he does ministry work

now that he has been released. *See* ECF No. 165. The Motion also notes that Hannah has completed six (6) years of supervised release without incident and argues that early termination will allow him to further his business interests. *Id*.

Hannah was convicted of two serious offenses—conspiracy to distribute five kilograms or more of cocaine and 50 grams or more of cocaine base and trafficking in counterfeit goods. The record demonstrates he was a significant drug dealer who was held accountable for 600 kilograms of powder cocaine. PSR ¶ 65. Hannah's criminal record placed him in criminal history category III. Notably, he has prior convictions for attempted criminal possession of a controlled substance and possession with intent to distribute cocaine. PSR ¶¶ 70, 71. The facts surrounding the instant offense demonstrate that Hannah was involved in extensive and significant drug distribution activity, and his criminal history weighs against release as it includes two previous drug convictions. At present, Hannah still has almost four (4) years of supervised release remaining, as his term of supervised release does not expire until March 2027. For the reasons stated, and after carefully considering the § 3553(a) factors, the Court concludes that early termination of his term of supervised release is not warranted.

For these reasons, Hannah's Motion for Early Termination of Supervised Release, ECF No. 165, is **DENIED**.

**IT IS SO ORDERED.**

s/Terry L. Wooten<br>
Terry L. Wooten<br>
Senior United States District Judge

May 2, 2023
Columbia, South Carolina